UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**Lisa Barrett**,

      Plaintiff,

vs.

**DMR Corp**., d/b/a Route 44 Toyota and
**John Doe #1,** alias,

      Defendants.

1:17-cv-11763-RWZ

## Notice of Dismissal

Pursuant to Rule 41(a)(1)(B) of this Court's Rules of Civil Procedure, and the undersigned being all parties who have entered an appearance, by agreement of the undersigned parties this matter is dismissed as to all parties with prejudice, no cost and no interest.

Lisa Barrett,
By Counsel,

/s/ *John T. Longo*

John T. Longo, Esq.
RI Bar #4928, MA BBO #632387
Citadel Consumer Litigation, P.C.
996 Smith Street, Suite 101
Providence, RI 02908
jtlongo@citadelpc.com
(401) 383-7550
Fax (401) 537-9185

Citadel File #FD 4017

Date:  1/11/19

DMR Corp.,
By counsel,

/s/ *Douglas C. Dufault*

Douglas C. Dufault, Esq.
MA BBO # 561295
250 East Main Street, Suite 4
Norton, MA 02766
(508) 285-6000
dcdjr@dufaultlawoffices.com

Date:  1/11/19

**Certificate of Service**

I certify that on __1/11/19__ I electronically filed this document with the Clerk of the United States District Court for the District of Massachusetts using the CM/ECF System. The following participants received notice electronically:

Douglas C. Dufault, Esq.
250 East Main Street, Suite 4
Norton, MA 02766
(508) 285-6000
dcdjr@dufaultlawoffices.com

/s/ John T. Longo

_____
John T. Longo, Esq./#4928

2